# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARY BRIDGES,
          Plaintiff,

    v.

COSTCO WHOLESALE
CORPORATION, et al.

          Defendants.

No. 2:20-cv-06524-JAK-SK

**ORDER RE STIPULATION OF DISMISSAL (DKT. 52)**

**JS-6**

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 52)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  August 1, 2022

_____
John A. Kronstadt
United States District Judge